JPS

United States District Court
Eastern District of Wisconsin

U.S. DISTRICT COURT
EASTERN DISTRICT WI
FILED
2019 OCT 31 P 12:45
STEPHEN C. DRIES
CLERK

Michael K. Brooks
　　　Plaintiff
v.
Steven Artus
Quivon Dillon
Jeffrey Erickson
Pedro Ruiz
Brandon Decker
John Doe #1
John Doe #2
Meteo
Nurse Amy
Nurse Jackie
Johnston

Case No: 18-CV-1767-JPS

Motion to Remove the follow Defendants from This Complaint.

1. John Doe #1
2. John Doe #2
3. Meteo
4. Nurse Amy
5. Nurse Jackie
6. Johnston

Dated This 24th day of October 2019

Respectfully Submitted,
Michael K. Brooks