# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MICHAEL KEITH BROOKS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>STEVEN ARTUS, QUIVON DILLON, JEFFREY ERICKSON, PEDRO RUIZ, and BRANDON DECKER,<br><br>　　　　　　　　　Defendants. | Case No. 18-CV-1767-JPS<br><br><br><br>**ORDER** |

In accordance with 28 U.S.C. § 455(a), as the randomly assigned trial judge in the above-captioned case, I am obliged to recuse myself from any further participation in this case.

Accordingly,

**IT IS ORDERED** that the Clerk of the Court, in consultation with the Circuit Executive and Chief District and Circuit Judges, take all appropriate and necessary steps to randomly reassign this matter to another judge, ensuring that the case will move forward in a prompt and efficient manner.

Dated at Milwaukee, Wisconsin, this 31st day of January, 2020.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge