UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL KEITH BROOKS,

    Plaintiff,

v.                                        Case No. 18-C-1767

STEVEN ARTUS, QUIVON DILLON,
JEFFREY ERICKSON, PEDRO RUIZ,
and BRANDON DECKER,

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEADLINES

Defendants have filed a motion to extend the deadlines for serving discovery and submitting dispositive motions. (ECF No. 37.) Defendants note that they have a scheduled deposition on April 1, 2020, with Plaintiff Michael Keith Brooks, who is incarcerated at the Wisconsin Resource Center. (*Id.*) That institution is currently not allowing any outside visits because of concerns about infections of COVID-19. (*Id.*) Defendants request a sixty-day extension of the discovery deadline and an additional twenty-eight-day extension to the deadline for submitting dispositive motions. (*Id.* at 2.)

Given the current global health outbreak, the motion is well taken and will be **GRANTED**. The deadline by which the parties must complete discovery is extended from April 1, 2020, to **June 1, 2020**. The deadline by which parties must submit dispositive motions is extended from April 24, 2020, to **July 1, 2020**.

In the event circumstances do not materially improve and additional extensions are necessary, the parties may seek such relief at the appropriate time.

Dated at Green Bay, Wisconsin this 23rd day of March, 2020.

s/ William C. Griesbach
William C. Griesbach, District Judge
United States District Court
